UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>GREGORY PECK, )<br>)<br>)<br>Defendant )<br>) | Case No. 24-cr-00527-CRC |

**DEFENDANT GREGORY PECK'S NOTICE OF WAIVER OF IN-PERSON APPEARANCE**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW comes Defendant Peck by and through his counsel of record William L. Shipley Jr., and respectfully files this Notice of Defendant's Waiver of In-Person Appearance.

Pursuant to Federal Rules of Criminal Procedure 10(c), Defendant Peck waives his right to an in-person appearance for his arraignment set for January 16, 2025, at 11:00 AM and consents to proceed via video teleconferencing.

Gregory Peck
Defendant

Dated: January 8, 2025

Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*